**Order entered May 15, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-00973-CV

### RIGGS & RAY, P.C., Appellant

### V.

### STATE FAIR OF TEXAS, Appellee

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-16070**

## ORDER

The Motion of State Fair of Texas to Order an Equal Division of the Rejoinder Time During May 14, 2019 Oral Argument is **DENIED as moot**.

/s/     BILL WHITEHILL
        PRESIDING JUSTICE